The Honorable Robert S. Lasnik

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| HOUSTON SPECIALTY INSURANCE COMPANY, a Texas corporation,<br><br>Plaintiff,<br><br>v.<br><br>PREMIER HOME REPAIRS, INC. a Washington corporation, CHIEFTAIN, LLC, a Washington corporation, ELLIOT EASTON, an individual, and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 2:21-cv-01484<br><br>**PLAINTIFF HOUSTON SPECIALTY INSURANCE COMPANY'S DEMAND FOR JURY TRIAL** |

Pursuant to Fed. R. Civ. P. 38 and 81(c)(3), Plaintiffs hereby request a jury of 12 persons for the trial of this matter.

DATED:  November 3, 2021         SELMAN BREITMAN LLP

By:  s/ Linda Wendell Hsu
     LINDA WENDELL HSU, WSBA #47155
     SELMAN BREITMAN LLP
     33 New Montgomery, Sixth Floor
     San Francisco, CA 94105-4537
     Telephone: 415.979.0400
     Email: lHsu@selmanlaw.com
     Attorneys for Plaintiff HOUSTON
     SPECIALTY INSURANCE COMPANY

PLAINTIFF'S DEMAND FOR JURY TRIAL                           SELMAN BREITMAN LLP
Case No.:  2:21-cv-01484                     -1-                33 Montgomery, 6th Floor
                                                              San Francisco, Ca 94105
                                                          T: 415.979.0400  F: 415.979.2099

1481 100182 4836-5859-9932 .v3