THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| HOUSTON SPECIALTY INSURANCE COMPANY,<br><br>              Plaintiff,<br>   v.<br><br>PREMIER HOME REPAIRS INC, *et al.*,<br><br>              Defendant. | CASE NO. C21-1484-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Finding good cause, the Court GRANTS the parties' stipulated motion for an extension (Dkt. No. 19). Premier's deadline to respond to Plaintiff's Amended Complaint for Declaratory Relief is March 31, 2022.

DATED this 23rd day of March 2022.

                                            Ravi Subramanian
                                            Clerk of Court

                                            s/Sandra Rawski
                                            Deputy Clerk